IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JAMES A. SMITH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:08-cv-393-MHT |
| | ) | (WO) |
| ALLTEL COMMUNICATIONS, INC., | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

ORDER

The magistrate judge entered a recommendation (Doc. #41) in this case to which no timely objections have been filed. After a review of the recommendation and after an independent and de novo review of the entire record, the court believes that the recommendation should be adopted. Accordingly, it is ORDERED that:

(1) The recommendation (Doc. #41) of the magistrate judge is adopted.

(2) Defendant's motion for summary judgment (Doc. #31) is granted.

A separate judgment shall be entered.

Done this 23rd day of November, 2009.

　　　　　　　　　　　　　　　　/s/  Myron H. Thompson　　　　
　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE