IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JAMES A. SMITH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:08-cv-393-MHT |
| ) | (WO) |
| ALLTEL COMMUNICATIONS, INC., ) | |
| ) | |
| Defendant. ) | |

## JUDGMENT

In accordance with the prior proceedings, opinions, and orders of the Court, it is ORDERED and ADJUDGED that judgment is entered in favor of defendant and against plaintiff, with plaintiff taking nothing by his complaint..

It is further ORDERED that costs are taxed against plaintiff, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

Done this 23rd day of November, 2009.

　　　　　　　　　　　　　/s/  Myron H. Thompson　　　　
　　　　　　　　　　　UNITED STATES DISTRICT JUDGE